11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Tiffany Elaine Lage,                           * From the 355th District
                                                 Court of Hood County,
                                                 Trial Court No. CR12049.

Vs. No. 11-13-00047-CR                         * June 13, 2013

The State of Texas,                            * Per Curiam Memorandum Opinion
                                                 (Panel consists of: Wright, C.J.,
                                                 McCall, J., and Willson, J.)


        This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.